Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.478.9950
Facsimile      209.478.9954
Attorneys for Defendant MARISA MUNGUIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>MARISA MUNGUIA,<br><br>         Defendant. | Case No.: 2:19 CR 00177 MCE<br><br>WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE<br><br>DATE: DECEMBER 3, 2020<br>TIME: 10:00 A.M.<br>JUDGE: HON. MORRISON C. ENGLAND, JR. |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-Teleconferencing and Telephone Conference for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing (or telephone phone conferencing if videoconference is not reasonably available) in various criminal proceedings.

Ms. Marisa Munguia, having been advised of her right to appear in person for her hearing to change plea, as well as of the ability to waiver her personal appearance and appear via video-teleconference, has elected to waive her right to personally appear at her change of plea hearing

WAIVER OF PERSONAL APPEARANCE/REQ TO APPEAR VIA VIDEO-TELECONFERENCE
PAGE: 1

scheduled for December 3, 2020, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, she consents to appear via teleconference.

      Ms. Munguia further agrees that the hearing in this matter – which is requested for the purpose of changing plea – cannot be further delayed without serious harm to the interests of justice, within the meaning of General Order 614.

      Finally, Ms. Munguia consents to her counsel signing this waiver on her behalf, pursuant to General Order 616. Ms. Munguia stipulates that:

    i)     Obtaining her original signature is both impractical and imprudent given Covid 19 restrictions at the Sacramento County Jail; and

    ii)     She has had an opportunity to consult with her counsel regarding this matter; and

    iii)     After said consultation, she consents to her counsel signing this order electronically on her behalf.

IT IS SO STIPULATED.                                     Respectfully submitted,

Dated: November 23, 2020                                 ___/s/ Marisa Munguia_____
                                                        MARISA MUNGUIA
                                                        DEFENDANT

Dated: November 23, 2020                                 ___/s/ Mary Ann Bird_____
                                                        MARY ANN F. BIRD
                                                        Attorney for MARISA MUNGUIA

///

///

**FINDINGS AND ORDER**

The Court having received and considered the Defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the Defendant's electronic signature is accepted pursuant to General Order 616.  Furthermore, her request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the hearing to change plea scheduled December 3, 2020 is GRANTED.

IT IS SO ORDERED.

Dated:  November 26, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE