Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.478.9950
Facsimile    209.478.9954
Attorneys for Defendant MARISA MUNGUIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARISA MUNGUIA,<br><br>Defendant. | Case No.: 2:19-CR-00177 MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney James R. Conolly, and the defendant, by and through her counsels of record, hereby stipulate as follows:

1. On December 3, 2020, Defendant pled guilty to Count 7 of the Indictment and the matter was referred to the Probation Office for preparation of a presentence investigation report. The matter is presently set for judgment and sentencing on March 11, 2021.

2. Defense notified the Government of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors

before the imposition of sentence. Having considered defense counsel's request, the Government has no opposition to the requested date of April 29, 2021. Similarly, US Probation also has no opposition to this request for continuance to April 29, 2021.

3. Therefore, by this stipulation, defense respectfully requests that this Court continue the judgment and sentencing hearing to April 29, 2021 at 10:00 AM.

4. Defense also kindly requests that all dates pertinent to the preparation of the Presentence Investigation Report be adjusted accordingly to reflect the new sentencing date of April 29, 2021.

   a. Judgment and Sentencing:                                           April 29, 2021
   b. Reply, or Statement of Non-Opposition                              April 22, 2021
   c. Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:                        April 15, 2021
   d. The Presentence Report shall be filed with the Court and disclosed to counsels no later than:                          April 08, 2021
   e. Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:                                     April 01, 2021
   f. The proposed Presentence Report shall be disclosed to counsels no later than:                                       March 18, 2021

5. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

| | |
|---|---|
| IT IS SO STIPULATED. | Respectfully submitted, |
| Dated: January 19, 2021 | McGREGOR W. SCOTT<br>United States Attorney |
| | ___/s/ James R. Conolly_____<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: January 19, 2021 | ___/s/ Mary Ann F. Bird_____<br>MARY ANN F. BIRD<br>Attorney for MARISA MUNGUIA |

**ORDERS**

The Court hereby continues the judgment and sentencing hearing to April 29, 2021 at 10:00 AM. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of April 29, 2021.

IT IS SO ORDERED.

Dated:  January 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE